UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JUDITH M. SODERBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>APELLIS PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　　Defendants. | CA No. 1:23-cv-00834-MN |

### [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL

**OF COUNSEL:**

**ROBBINS GELLER RUDMAN
　& DOWD LLP**
Danielle S. Myers
Michael Albert
Kenneth P. Dolitsky
655 West Broadway, Suite 1900
San Diego, CA  92101
(619) 231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

*Proposed Lead Counsel for Proposed Lead Plaintiff*

[Additional counsel appear on signature page.]

**ROBBINS GELLER RUDMAN
　& DOWD LLP**
Christopher H. Lyons (Bar No. 5493)
Tayler D. Bolton (Bar No. 6640)
1521 Concord Pike, Suite 301
Wilmington, DE 19803
(302) 467-2660
clyons@rgrdlaw.com
tbolton@rgrdlaw.com

*Proposed Lead Counsel for Proposed Lead Plaintiff*

Date of Filing: October 2, 2023

4875-3212-9411.v1

Having considered Michigan Laborers' Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion"), the Memorandum of Law, and Declaration of Christopher H. Lyons in support thereof, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is **GRANTED**;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Michigan Laborers' Pension Fund is appointed as Lead Plaintiff;

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) preparing and filing all pleadings;

    (b) briefing and arguing any and all motions;

    (c) conducting any and all discovery proceedings including depositions;

    (d) settlement negotiations;

    (e) pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

    (f) the supervision of all other matters concerning the prosecution or resolution of the action; and

4. All securities class actions on behalf of purchasers of Apellis Pharmaceuticals, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action; This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered without

prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

\* \* \*

**O R D E R**

      IT IS SO ORDERED.

DATED: _____      _____
                                                          THE HONORABLE MARYELLEN NOREIKA
                                                          UNITED STATES DISTRICT JUDGE